In re LeBeouf, Joretta; LeBeouf, Mur-lin P. et al.; — Plaintiff(s); Applying for Supervisory and/or Remedial Writs, Parish of St. Mary, 16th Judicial District Court Div. D, Nos. 108,222, 108,497, 108,498, 108,874, 109,011, 109,012, 109,257, 109,306, 109,399, 109,400, 109,401, 110,043, 110,044, 110,045, 110,046, 110,074, 110,098, 110,099, 110,101, 110,123, 110,156, 110,392, 110,676, 110,677, 110,678, 110,732, 110,733; to the Court of Appeal, First Circuit, No(s). 2003 CW 1071, 2003 CW 1091.
Denied.